**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

TONY ARJO, ESQ. - State Bar No. 151890
1440 Broadway, Suite 1019
Oakland, CA 94612
Telephone: (510) 451-2334
Facsimile: (510) 451-4310

Attorney for Plaintiff
MARIELLENE GLADING HO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELLENE GLADING HO., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Defendant. | **E-FILED**<br><br>CASE NO. **C-05-02351 JCS**<br><br>**JOINT STIPULATION TO CONTINUE THE OCTOBER 7, 2005 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER FEBRUARY 7, 2006 AND [~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for October 7, 2005 at 1:30 p.m., before the Honorable Jospeh C. Spero, be continued for one hundred twenty (120) days, until after February 7, 2006.

/ / /

---

-1-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                                CASE NO. CO5-02351 JCS

1  Good cause exists for this continuance as the parties have agreed to a private mediation of
2  this matter, thereby conserving judicial resources.  This extension will provide counsel sufficient
3  time to schedule and complete such private mediation.
4  Pursuant to local rules, this document is being electronically filed through the Court's
5  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
6  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7  signed this document; and (3) the signed document is available for inspection upon request.
8  **SO STIPULATED.**
9  TONY ARJO, ESQ.

12
13  DATED:  September 30, 2005     By:   /s/
                                       TONY ARJO
                                       Attorneys for Plaintiff
14                                     MARIELLENE GLADING HO

16                                     RIMAC & MARTIN, P.C.

18
19  DATED:  September 30, 2005     By:   /s/
                                       ANNA M. MARTIN
                                       Attorneys for Defendant
20                                     UNUM LIFE INSURANCE COMPANY OF
                                       AMERICA

-2-
**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**                    **CASE NO.  C05-02351 JCS**

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from October 7, 2005 to February 10, 2006, at 1:30 p.m._____. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: October 3, 2005

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE BY E-FILING AND BY U.S. MAIL**

I am employed at Rimac & Martin, 1051 Divisadero Street, San Francisco, California 94115.  I am over the age of 18 years and am not a party to this action.

On September 30, 2005, I served the within **JOINT STIPULATION TO CONTINUE THE OCTOBER 7, 2005 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER FEBRUARY 7, 2006 AND [PROPOSED] ORDER** on the interested parties hereto by e-filing said document and by placing said document into an envelope thereafter sealed with first class postage fully prepaid thereon, and depositing same with the U.S. Postal Service at San Francisco, California, addressed as follows:

Tony Arjo, Esq.
1440 Broadway, Suite 1019
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 30, 2005, at San Francisco, California.

_____
Arpi Balian

---

-4-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                                              CASE NO. CO5-02351 JCS