**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

TONY ARJO, ESQ. - State Bar No. 151890
1440 Broadway, Suite 1019
Oakland, CA 94612
Telephone: (510) 451-2334
Facsimile: (510) 451-2310

Attorney for Plaintiff
MARIELLENE GLADING HO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILED**

| | |
|---|---|
| MARIELLENE GLADING HO., an individual, ) | |
| Plaintiff, ) | CASE NO. C-05-02351 JCS |
| vs. ) | **JOINT STIPULATION TO CONTINUE THE FEBRUARY 10, 2006 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER MAY 11, 2006 AND [PROPOSED] ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for February 10, 2006 at 1:30 p.m., before the Honorable Jospeh C. Spero, be continued for approximately 90 days, until after May 11, 2006, the date set for mediation.

/ / /

-1-
**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**     **CASE NO. CO5-02351 JCS**

1 Good cause exists for this continuance as the parties have agreed to a private mediation of this matter, thereby conserving judicial resources. Scheduling mediation took additional time, because counsel for defendant wanted to coordinate mediation in this case with mediation in another case. This involved coordinating the schedules of seven individuals, which was particularly difficult because one individual was available on Thursdays only. Counsel for defendant coordinated the mediations so that the representative from UNUM Life Insurance Company of America, who lives in Portland, Maine, would be able to attend both mediations in one trip. This extension will allow counsel to complete private mediation scheduled for May 11, 2006.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED.**

TONY ARJO, ESQ.

DATED: February 7, 2006    By:    /s/
                                  TONY ARJO
                                  Attorneys for Plaintiff
                                  MARIELLENE GLADING HO

RIMAC & MARTIN, P.C.

DATED: February 7, 2006    By:    /s/
                                  ANNA M. MARTIN
                                  Attorneys for Defendant
                                  UNUM LIFE INSURANCE COMPANY OF
                                  AMERICA

-2-
**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**                         CASE NO. C05-02351 JCS

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from February 10, 2006 to ___May 19, 2006 at 1:30 P.M___. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: ___February 7, 2006___      _____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT   JOSEPH C. SPERO

-3-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                              **CASE NO. CO5-02351 JCS**