**United States District Court**

For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   MARIELLENE GLADING HO,                    No. C05-02351 JCS
8              Plaintiff(s),
                                              **ORDER OF DISMISSAL**
9       v.
10  UNUM LIFE INSURANCE COMPANY OF
    AMERICA,
11
12             Defendant(s).
13  _____/
14       The Court  having been advised that the parties have agreed to a settlement of this case,
15       IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,
16  however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of
17  service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not
18  been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored
19  to the calendar to be set for trial.
20       IT IS SO ORDERED.
21
22  Dated: May 18, 2006
23                              _____
24                              JOSEPH C. SPERO
                                United States Magistrate Judge
25
26
27
28